# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SolAmerica Energy Services, LLC,

Plaintiff(s),

v.

J-Hulick Electic I, Inc. et al,

Defendant(s).

Case No. 3:22-cv-50391
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s)
and against defendant(s)
in the amount of $345,000 ,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on a Report and Recommendation.

Date:  4/15/2024                                            Thomas G. Bruton, Clerk of Court

                                                           \s\Y. Pedroza, Deputy Clerk